```
              UNITED STATES DISTRICT COURT
                 DISTRICT OF NEW JERSEY
```

| | |
|---|---|
| DANTE SELBY, | 1:20-cv-5281 (NLH) (AMD) |
| Plaintiff, | **MEMORANDUM OPINION & ORDER** |
| v. | |
| MUNICIPALITY OF ATLANTIC COUNTY JUDICIAL COURT, | |
| Defendant. | |

**APPEARANCES**:

Dante Selby
517 Penn Street
Camden, NJ 08102

    Plaintiff Pro se

**HILLMAN**, **District Judge**

    WHEREAS, Plaintiff Dante Selby filed a complaint pursuant to 42 U.S.C. § 1983 against the Atlantic County Municipal Court, see ECF No. 1; and

    WHEREAS, the Court dismissed the complaint without prejudice for failure to state a claim, ECF No. 9; and

    WHEREAS, the Court granted Plaintiff permission to move to amend the complaint within 30 days, see id.; and

    WHEREAS, Plaintiff requests additional time to file an amended complaint and seek representation for this matter, see ECF No. 10,

THEREFORE, IT IS on this  26th  day of February, 2021

ORDERED that Plaintiff's request for an extension of time, ECF No. 10, is granted.  Plaintiff may have until March 31, 2021 to submit a proposed amended complaint; and it is finally

ORDERED that the Clerk shall send a copy of this order to Plaintiff by regular mail.

At Camden, New Jersey

s/ Noel L. Hillman
NOEL L. HILLMAN, U.S.D.J.